**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **RAFAEL RASHAD ADAMS,** | ) | **CASE NO. 8:14CV365** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **NEBRASKA DEPARTMENT OF** | ) | |
| **CORRCTIONAL SERVICES, (N.D.C.S.),** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____     _____

| | | |
|---|---|---|
| **RAFAEL RASHAD ADAMS,** | ) | **CASE NO. 8:14CV408** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **REASSIGNMENT** |
| v. | ) | **ORDER** |
| | ) | |
| **NEBRASKA DEPARTMENT OF** | ) | |
| **CORRECTIONAL SERVICES, N.D.C.S.,** | ) | |
| **DR. MARY FLEARL, DR. CHRISTINA** | ) | |
| **FERGUSON, and DR. RANDY T. KHOL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii).  Accordingly, Case No. 8:14CV408 is reassigned to the undersigned for disposition.

IT IS SO ORDERED.

DATED this 14th day of January, 2015.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge