# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RAFAEL RASHAD ADAMS,** | ) | 8:14CV365 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **NEBRASKA DEPARTMENT OF** | ) | |
| **CORRECTIONAL SERVICES,** | ) | |
| **(N.D.C.S.),** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On January 8, 2015, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the $22.13 initial partial filing fee assessed by the court on December 1, 2014. To date, Plaintiff has not shown cause for his failure to pay the initial partial, and has not paid the initial partial filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to pay the court's initial partial filing fee, and for failure to comply with a court order. A separate judgment will be entered in accordance with this Memorandum and Order.

2. Plaintiff's Motion for Summons (Filing No. 11) is denied as moot.

DATED this 12th day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge