# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAFAEL RASHAD ADAMS, | ) | 8:14CV365 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| RAFAEL RASHAD ADAMS, | ) | 8:14CV408 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, DR. MARY FLEARL, CHRISTINA FERGUSON, and DR. RANDY T. KHOL, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. The Court granted Plaintiff's Motions to Consolidate Cases on March 31, 2015. (Case No. 8:14CV365 at Filing No. 17; Case No. 8:14CV408 at Filing No. 16.) In doing so, the Court ordered Plaintiff to file an amended complaint in Case Number 8:14CV365 that contained *all of Plaintiff's claims*, including those presented in Case Number 8:14CV408. The Court warned Plaintiff that failure to file the amended complaint would result in the Court dismissing both Case Number 8:14CV365 and Case Number 8:14CV408 without further notice. To date, Plaintiff has not filed an amended complaint and the time in which to do so has now passed. Accordingly,

IT IS ORDERED:

1. Case Number 8:14CV365 and Case Number 8:14CV408 are dismissed without prejudice.

2. The Court will enter a separate judgment in accordance with this order.

DATED this 3rd day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge